No. D–109. In re Disbarment of Speckman. Disbarment entered. [For earlier order herein, see 431 U. S. 936.]

No. D–115. In re Disbarment of McCarron. It is ordered that Oliver J. McCarron, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–116. In re Disbarment of Butler. It is ordered that Richard William Butler, of Glenarm, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–117. In re Disbarment of Eisenberg. It is ordered that Robert A. Eisenberg, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–118. In re Disbarment of Ruttenberg. It is ordered that Marshall Jack Ruttenberg, of Wilmette, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 76–558. Raymond Motor Transportation, Inc., et al. v. Rice, Secretary, Department of Transportation of Wisconsin, et al. Appeal from D. C. W. D. Wis. [Probable jurisdiction noted, 430 U. S. 914.] Motion of Association of American Railroads for leave to file a brief as amicus curiae granted. Mr. Justice Stevens took no part in the consideration or decision of this motion.